1
2
3
4
5
6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

9 MACARIO RAYA AYALA,                        ) Case No.: 1:12-at-00159
                                             )
10            Plaintiff,                      ) **ORDER GRANTING APPLICATION TO**
                                             ) **PROCEED IN FORMA PAUPERIS**
11    v.                                      )
                                             ) (Doc. 2)
12 MICHAEL J. ASTRUE,                         )
   Commissioner of Social Security,          )
13                                            )
                                             )
14            Defendant.                      )
                                             )
15 _____)

16

17        Plaintiff Macario Raya Ayala filed a complaint on March 16, 2012, along with an application

18 to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19 entitlement to proceed without prepayment of fees.

20        Accordingly, IT IS HEREBY ORDERED THAT:

21        1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22        2.    The Clerk of Court is DIRECTED to issue a summons; and

23        3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24              and this order upon the defendant as directed by the plaintiff.

25 IT IS SO ORDERED.

26 **Dated:    March 16, 2012**            _____/s/ **Sheila K. Oberto**_____
                                          UNITED STATES MAGISTRATE JUDGE
27

28