1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA CALVERT, ISBN 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SUNDEEP R. PATEL, CSBN 242284
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone:  (415) 977-8981
7         Facsimile:  (415) 744-0134
          E-Mail: Sundeep.Patel@ssa.gov
8  Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11 MACARIO RAYA AYALA,             )
                                   )
12         Plaintiff,               )
                                   )   Case No. 12-400 GSA
13                                 )
      v.                           )   STIPULATION AND ORDER EXTENDING
14                                 )   TIME TO FILE DEFENDANT'S
15 MICHAEL J. ASTRUE,              )   CROSS-MOTION FOR SUMMARY
   Commissioner of Social Security )   JUDGMENT AND IN OPPOSITION
16                                 )   TO PLAINTIFF'S MOTION FOR
                                   )   SUMMARY JUDGMENT
17         Defendant.              )
18 _____ )

19
        The parties request that Defendant shall have an additional 30 days, to and including December
20
   10, 2012, in which to file his briefing in opposition to Plaintiff's motion for Summary Judgment.
21
        The instant motion is not intended to cause intentional delay and is requested because this case
22
   has been reassigned to Assistant Regional Counsel Jennifer Kenney, who joined the Regional General
23
   Counsel's Office for Social Security this past month.  This is the Commissioner's first request for an
24
   extension.
25

26

27

28
   Stipulation for Extension of Time and Proposed Order            1

| | | |
|---|---|---|
| DATED: *October 31, 2012* | By: | */s/ Robert Christenson* |
| | | [Authorization by e-mail on October 30, 2012] |
| | | ROBERT CHRISTENSON, |
| | | Attorney for Plaintiff |

| | | |
|---|---|---|
| Dated: *October 31, 2012* | | MELINDA L. HAAG |
| | | United States Attorney |
| | | DONNA L. CALVERT |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | *s/ Sundeep R. Patel* |
| | | SUNDEEP R. PATEL |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

## ORDER

Upon review of the parties' stipulation, Defendant's opposition is due December 10, 2012. Any reply shall be filed within 15 days after the filing of Defendant's opposition.

IT IS SO ORDERED.

   Dated:   **October 31, 2012**           **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Extension of Time and Proposed Order  3